## WILLIAMS v. STATE.

No. 24739.

Court of Criminal Appeals of Texas.

April 5, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is murder without malice; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

Opinion approved by the Court.